SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
http://www.skadden.com

DIRECT DIAL
212-735-2590
DIRECT FAX
917-777-2590
EMAIL ADDRESS
EHELLMAN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
RESTON
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO

February 13, 2004

**By U.S. Mail**

Tony Anastas
Clerk of Court
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300
Boston, MA 02210

Re: Segel v. Putnam Investment Management, Inc., et al., Docket No. 04-CV-10169; Denenberg v. Putnam Investment Management, Inc., Docket No. 04-CV-10219

Dear Mr. Anastas:

The above-captioned actions are pending in the District of Massachusetts and have been noticed as a related action in In re Putnam Mutual Funds Investment Litigation, MDL Docket No. 1590. A copy of the Notice of Related Actions that was filed with the Judicial Panel on Multidistrict Litigation and served on plaintiffs in the actions today is enclosed.

Very truly yours,

*Elizabeth A. Hellmann*

Elizabeth A. Hellmann

Enclosure